# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAJ PATEL,<br><br>                            Plaintiff,<br><br>      v.<br><br>THE PRESIDENT OF THE UNITED STATES JOE BIDEN, UNITED STATES, PRESIDENT DONALD J. TRUMP, UNITED STATES MILITARY, AND THE FEDERAL BUREAU OF INVESTIGATIONS,<br><br>                            Defendants. | Case No. 2:21-cv-01345-APG-EJY<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**<br><br>[ECF Nos. 4, 6, 7, 8] |

Magistrate Judge Youchah recommends that I dismiss plaintiff Raj Patel's complaint with prejudice because the claims are frivolous and "largely delusional." ECF No. 9.  She also recommends that I deny Patel's motions to amend for the same reason. ECF No. 8.  Patel objects.

I have conducted a de novo review of the issues under Local Rule IB 3-2.  Judge Youchah's Report and Recommendation sets forth the proper legal analysis and factual basis for her decision, and I accept and adopt it as my own.

I THEREFORE ORDER that the Report and Recommendation **(ECF No. 8) is accepted** and this case is DISMISSED with prejudice.  The clerk of the court shall enter Judgment accordingly.

I FURTHER ORDER that Patel's motions to amend **(ECF Nos. 4, 6, 7) are denied**.

DATED THIS 9th  day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE